GAIL SHIFMAN
Attorney at Law
State Bar No. 147334
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
JAMES ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  CR 09-1062 PJH (MAG) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF SUPERVISED RELEASE** |
| | ) | |
| JAMES ROSS, | ) | |
| | ) | |
| Defendant | ) | |
| ———————————————— | ) | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1.   Defendant shall be allowed to travel to St. Louis, MO to attend the funeral of Pastor Timothy Hatter departing on November 4, 2011 and returning on November 12, 2011.  Defendant shall provide his itinerary to Pretrial Services prior to his departure.

2.   All other conditions shall remain the same.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                1

Dated: October 31, 2011

Dated: October 31, 2011

/s/

/s/

_____

_____

GAIL SHIFMAN

STEPEHEN CORRIGAN

Attorney for Defendant

Assistant United States Attorney

[PROPOSED]  ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to travel to St. Louis, MO to attend the funeral of Pastor Timothy Hatter departing on November 4, 2011 and returning on November 12, 2011.  Defendant shall provide his itinerary to Pretrial Services prior to his departure.

2. All other conditions shall remain the same.

Dated:  November 1, 2011

_____

UNITED STATES MAGISTRATE JUDGE

STIPULATION & ~~[PROPOSED]~~ ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                                 2