GAIL SHIFMAN (State Bar No. 147334)
SARAH POTTER (State Bar No. 280478)
Attorneys at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502

Attorneys for Defendant
JAMES ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR09-01062 PJH (DMR) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE** |
| ) | |
| JAMES ROSS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

   1.  To enable defendant James Ross to travel to New York, NY on June 6, 2012 returning on June 11, 2012 to attend a memorial service, with travel from New York, NY to

STIPULATION & ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                                   1

Alexandria, VA from June 9, 2012 to June 10, 2012 with Defendant's itinerary to be provided to Pretrial Services prior to travel.

2. All other conditions shall remain the same.

Dated: May 31, 2012                                   Dated: May 31, 2012

/s/ Gail Shifman                                      /s/ Stephen Corrigan

_____    _____

GAIL SHIFMAN                                          STEPHEN CORRIGAN
Attorney for Defendant                                Assistant United States Attorney
JAMES ROSS

ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant James Ross shall be allowed to travel to New York, NY on June 6, 2012 returning on June 11, 2012 with travel from New York, NY to Alexandria, VA from June 9, 2012 to June 10, 2012. Defendant shall provide his itinerary to Pretrial Services prior to travel.

2. All other conditions shall remain the same.

Dated: June 1, 2012

GRANTED
Judge Donna M. Ryu
_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                        2